### ANDREWS *against* BATES.

IN error, on *certiorari*. The plaintiff in error was sued, as a justice, by the defendant, for his fees, as a witness, in a suit before him. as justice, and which were included in the amount of costs recovered of the defendant, and had been received by the plaintiff in error. Judgment was given for the plaintiff below.

*A justice is not liable to be sued by witnesses for their fees. They must look to the party by whom they are subpœnaed.*

ALBANY,
Feb. 1810.

WILLIAMS
v.
SPENCER.

*Per Curiam.* The witnesses must look to the party who subpœnas them, for their fees. It does not belong to the justice to distribute the fees ; nor is he liable to this action. He is to pay the debt and costs to the party, in whose favour the judgment was given, and for whom he receives them. The judgment must be reversed.

Judgment reversed.